IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:18-cv-00146-RJC

| | |
|---|---|
| CANDACE BRANNON BRITTAIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social | ) |
| Security, | ) |
| | ) |
| Defendant. | |

## ORDER

Upon Consideration of Defendant's Motion to Dismiss, (Doc. No. 8), the record in this case, and the applicable law, specifically 42 U.S.C. § 405(g) and (h), it is hereby:

ORDERED that the Motion to Dismiss by Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security, BE and hereby is **GRANTED**; and it is further

ORDERED that the Clerk shall enter judgment **DISMISSING** this action as of the date of this Order and mail copies of this Order to Plaintiff's Counsel.

**SO ORDERED.**

Signed: March 29, 2019

Robert J. Conrad, Jr.
United States District Judge